UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 02-cr-40002-JPG |
| MAJOR JERMAINE MONROE, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Major Jermaine Monroe's motion (Doc. 75) for a free copy of his 2009 motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c) (Doc. 57).

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel), (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14. These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

Monroe has satisfied none of the three aforementioned requirements. He has not shown that he has requested a copy of the motion from the Federal Public Defender's office, which

represented him at the time the motion was filed and which drafted the motion, and that the Federal Public Defender's Office has refused his request.   He has also not shown that he cannot afford to pay the $1.00 it would cost to purchase a copy of the two-page order from the Clerk's Office. Finally, Monroe has not shown he needs this document in a non-frivolous court action.

    For these reasons, the Court **DENIES** Monroe's motion (Doc. 75) **without prejudice**.

**IT IS SO ORDERED.**
**DATED:   October 20, 2014**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**